Of Counsel:
**ROECA LURIA SHIN LLP**
A Limited Liability Law Partnership

ARTHUR F. ROECA     1717-0
*aroeca@rlhlaw.com*
BARRON T. ODA     9630-0
*boda@rlhlaw.com*
American Savings Bank Tower
1001 Bishop Street, Suite 2250
Honolulu, Hawaii  96813
Telephone:  (808) 538-7500
Facsimile:  (808) 521-9648

Attorneys for Defendant
HAWAII SYMPHONY ORCHESTRA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SUSAN F. McGINN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HAWAII SYMPHONY ORCHESTRA; MUSICIANS' ASSOCIATION OF HAWAII, LOCAL 677, AMERICAN FEDERATION OF MUSICIANS; AND DOES 1-20,<br><br>　　　　Defendants.<br>_____ | CIVIL NO. 23-00415 JMS-RT<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES and ORDER<br><br>Judge: Honorable J. Michael Seabright<br>No Trial Date Set |

892 018

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## OF ALL CLAIMS AND PARTIES

IT IS HEREBY STIPULATED between the parties who have appeared in this action, through their respective counsel of record and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LR 41.1 that the above-entitled action, including all claims, however denominated, be and are hereby dismissed with prejudice, with each party to bear her or its own attorneys' fees and costs. No counterclaim, cross-claim, or third-party claim has been filed. No answer or motion for summary judgment has been filed. No claims remain following dismissal. As required by Fed. R. Civ. P. 41(a)(1)(B), the parties hereby state that all claims and parties are dismissed with prejudice.

This stipulation has been signed by all parties who have appeared in this action. No trial date has been set.

*(Remainder of page is blank; signatures appear on following page.)*

DATED: Honolulu, Hawaii, September 25, 2024.

                          */s/ Joseph A. Gomes*
                          JOSEPH A. GOMES
                          Attorney for Plaintiff
                          SUSAN F. McGINN

DATED: Honolulu, Hawaii, September 25, 2024.

                          */s/ Barron T. Oda*
                          ARTHUR F. ROECA
                          BARRON T. ODA
                          Attorneys for Defendant
                          HAWAII SYMPHONY ORCHESTRA

DATED: Honolulu, Hawaii, September 25, 2024.

                          */s/ Rachel K. Hoke Miyashiro*
                          JOHN L. KNOREK
                          RACHEL K. HOKE MIYASHIRO
                          Attorneys for Defendant
                          MUSICIANS' ASSOCIATION OF
                          HAWAII, LOCAL 677, AMERICAN
                          FEDERATION OF MUSICIANS

APPROVED AS TO FORM:



                          /s/ J. Michael Seabright
                          J. Michael Seabright
                          United States District Judge

---

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES and ORDER**, *Susan F. McGinn v. Hawaii Symphony Orchestra; Musicians' Association of Hawaii, Local 677, American Federation of Musicians*, Civil No. 23-00415-JMS-RT, United States District Court for the District of Hawaii.